IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-MJ-1078-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| JASON N. JOLLEY, | ) |
| | ) |
| Defendant. | ) |

This matter comes before the court on Defendant's *Motion to Dismiss and for Release from Federal Custody.* [DE-22]. The government is hereby directed to file a response to Defendant's motion on or by October 8, 2013, directly addressing the issues raised therein, including, but not limited to, the applicability of tolling to the alleged period of delay, the effect of the post-supervision amendment to the government's petition for revocation of Defendant's probation, and the applicability of the speedy trial act.

So ordered, the 2nd day of October, 2013.

Robert B. Jones, Jr.
United States Magistrate Judge