FILED IN OPEN COURT
ON 10-10-2013 JM
Julie A. Richards, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Eastern Division
### Docket No. 4:11-MJ-1078M-1RJ

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Jason N. Jolley** | ) | |

On June 15, 2011, Jason N. Jolley appeared before the Honorable David W. Daniel, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Disorderly Conduct, in violation of 36 C.F.R. § 2.34(a)(2), Possession of Marijuana, in violation of 36 C.F.R. § 2.35(b)(2), and Public Intoxication, in violation of 36 C.F.R. § 2.35(c), was sentenced to a 24-month term of probation.

From evidence presented at the revocation hearing on October 10, 2013, the court finds as a fact that Jason N. Jolley, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
3. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
4. Failure to participate as directed in a urinalysis program.
5. Failure to pay a monetary obligation.
6. Failure to perform community service.
7. Failure to submit truthful and complete written reports within the first five days of each month.
8. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 days.

Jason N Jolley
Docket No. 4:11-MJ-1078M-1RJ
Judgment
Page 2

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 10th day of October, 2013.

                                               Robert B. Jones, Jr.
                                               U.S. Magistrate Judge